1 | Robert J. Gibson (#144974)
hgibson@swlaw.com
2 | Elizabeth V. McNulty (#192455)
emcnulty@swlaw.com
3 | Erica M. Fisher (#253068)
efisher@swlaw.com
4 | SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
5 | Costa Mesa, CA  92626-7689
Telephone: (714) 427-7000
6 | Facsimile: (714) 427-7799

7 | Attorneys for Defendant
FORD MOTOR COMPANY

**NOTE CHANGES BY THE COURT**

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

9

10

11

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

12 | SANG MOOK LEE, an individual, and
HEE-JUNG KIM, an individual,

13 | Plaintiffs,

14 | vs.

15 | CALIFORNIA INSTITUTE OF
TECHNOLOGY, a California
16 | Corporation; FORD MOTOR
COMPANY; QUIGLEY MOTOR
17 | COMPANY, INC., and DOES 1-100,

18 | Defendants.

19

CASE NO. CV-09-00320 CAS (MANx)

**ORDER RE: STIPULATED
PROTECTIVE ORDER**

CTRM:          5
JUDGE:         Hon. Christina A. Snyder

DATE OF FILING:      December 12, 2006
FIRST AMENDED:      August 31, 2007
SECOND AMENDED:   JULY 16, 2009

20

21 | The parties having stipulated, and no prejudice being apparent,

22 | IT HEREBY ORDERED that:

23 | 1.      Documents to be produced by Ford in this litigation which contain

24 | confidential information shall hereafter be referred to as "Protected Documents."

25 | Any document or any information designated as "Subject to Protective Order,"

26 | "Confidential," or other similar language in accordance with the provisions of this

27 | Order shall only be used, shown or disclosed strictly for purposes of this litigation

28 | and as provided in this Order.

9018408

2.     As used in this Order, the term "documents" means all written material, videotapes and all other tangible items, produced in whatever format (e.g., hard copy, electronic,  digital, etc.) and on whatever media (e.g., hard copy, videotape, computer diskette, CD-ROM, DVD, hard drive or otherwise).

3.     The burden of proving that a Protected Document contains confidential technical information is on Ford.   Prior to designating any material as "Confidential," Ford must make a bona fide determination that the material is, in fact, a trade secret, confidential technical information or other commercially sensitive information, the dissemination of which would damage Ford's competitive position.   If a party disagrees with the "Confidential" designation of any document, the party will so notify Ford in writing.   Ford will timely apply to this Court to set a hearing for the purpose of establishing that said document is confidential.   If the parties are unable to agree, Ford will then timely apply to this Court to set a hearing for the purpose of establishing that said document is confidential.   Any document so marked as "Confidential" will continue to be treated as such pending determination by the Court as to its confidential status.

4.     The designation of Protected Documents may be made by marking or placing the notice "Subject to Protective Order" or substantially similar notice, on the document, or, where a copy of the original document is to be produced, on that copy.

5.     Protected Documents and any copies thereof received pursuant to paragraph 6 below shall be maintained confidential by the receiving party, his/her attorney, other representatives, and expert witnesses, and shall be used only for preparation for the trial of this matter, subject to the limitations set forth herein.

6.     Protected Documents shall be disclosed only to "Qualified Persons." Qualified Persons are limited to:

a.     Counsel of Record for the parties, and the parties;

b.     Non-technical and clerical staff employed by Counsel of Record

Snell & Wilmer
L.L.P.—
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

and involved in the preparation and trial of this action;

c.   Experts and non-attorney consultants retained by the parties for the preparation or trial of this case, provided that no disclosure shall be made to any expert or consultant who is employed by a competitor of Ford;

d.   The Court, the Court's staff, witnesses, and the jury in this case; and

e.   Attorneys representing Caltech and the experts and consultants retained by Caltech in other cases pending against Ford involving a 1998 Ford Econoline 350 Passenger Van and the same allegations asserted in this case, provided that no disclosure shall be made to any expert or consultant who is employed by a competitor of Ford.

7.   Caltech's Counsel must make reasonable efforts to insure the individuals described in paragraphs 6(b), 6(c) and 6(e) above are "Qualified Persons" and must provide to Ford advance notice of the names of such "Qualified Persons" with whom the Protected Documents will be shared.

8.   Before receiving access to any Protected Document or the information contained therein, each person described in paragraphs 6(b), 6(c) and 6(e) above shall execute a "Written Assurance" in the form contained in Exhibit "A," attached hereto.  Counsel for Caltech shall retain each such executed "Written Assurance" and shall keep a list identifying (a) all persons all persons described in paragraphs 6(b), 6(c) and 6(e) above to whom Protected Documents have been disclosed, and (b) all Protected Documents disclosed to such persons. Each such executed written assurance and list shall be submitted to counsel for Ford within seven (7) days of the disclosure of Protected Documents under this Order and at the termination of this litigation.

9.   As the Protected Documents may only be distributed to "Qualified

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

ORDER RE: STIPULATED PROTECTIVE ORDER

Persons," Caltech's Counsel, and all persons described in paragraph 6 above, may not post Protected Documents on any website or internet accessible document repository.

10. To the extent that Protected Documents or information obtained therefrom are used in the taking of depositions, such documents or information shall remain subject to the provisions of this Order, along with the transcript pages of the deposition testimony dealing with the Protected Documents or information.

11. All documents that are filed with the Court that contain any portion of any Protected Document or information taken from any Protected Document shall be filed only after obtaining prior approval from the Court pursuant to United States District Court, Central District of California Local Rules 79-5 *et seq.*, which govern the procedure for filing confidential documents under seal. The parties are expressly cautioned, however, that this Protective Order, in and of itself, creates no entitlement to file under seal information, documents, or things designated as Protected Documents by the parties. Accordingly, reference to this Protective Order or to the parties' designation of any information, document, or thing as a Protected Document is wholly insufficient to warrant filing under seal. Good cause must be shown to support a filing under seal, and the parties' mere designation of any information, document, or thing as a Protected Document does not – without the submission of competent evidence establishing that the material sought to be filed under seal qualifies as trade secret, confidential, proprietary, or private information – establish good cause.

12. Any court reporter or transcriber who reports or transcribes testimony in this action shall agree that all "confidential" information designated as such under this Order shall remain "confidential" and shall not be disclosed by them, except pursuant to the terms of this Order, and that any notes or transcriptions of such testimony (and any accompanying exhibits) will be retained by the reporter or delivered to counsel of record.

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

ORDER RE: STIPULATED PROTECTIVE ORDER

13.   Counsel for the parties shall not be required to return the Protected Documents to Ford after the conclusion of this case and may retain the documents pursuant to the terms of this Order.

14.   To the extent Ford is requested to produce documents it feels should not be subject to the sharing provisions of this protective order, Ford does not waive its right to subsequently request that the parties enter into a non-sharing protective order prior to the production of any such documents.

15.   Inadvertent or unintentional production of documents or information containing information which should have been designated as "confidential" shall not be deemed a waiver in whole or in part of the party's claims of confidentiality.

16.   This Protective Order may not be waived, modified, abandoned or terminated, in whole or part, except by an instrument in writing signed by the parties.   If any provision of this Protective Order shall be held invalid for any reason whatsoever, the remaining provisions shall not be affected thereby.

17.   After termination of this litigation, the provisions of this Order shall continue to be binding.   This Court retains and shall have jurisdiction over the parties and recipients of the Protected Documents for enforcement of the provisions of this Order following termination of this litigation.

18.   Excluding those Qualified Persons identified in paragraph 6(d) above, this Protective Order shall be binding upon the parties hereto, upon their attorneys, and upon the parties' and their attorneys' successors, executors, personal representatives, administrators, heirs, legal representatives, assigns, subsidiaries, divisions, employees, agents, independent contractors, or other persons or organizations over which they have control.

IT IS SO ORDERED

Dated:  September 14, 2009

_Margaret A. Nagle_

_____
The Honorable  Margaret A. Nagle
United States Magistrate Judge

ORDER RE: STIPULATED PROTECTIVE ORDER

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1  Robert J. Gibson (#144974)
   hgibson@swlaw.com
2  Elizabeth V. McNulty (#192455)
   emcnulty@swlaw.com
3  Erica M. Fisher (#253068)
   efisher@swlaw.com
4  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
5  Costa Mesa, CA 92626-7689
   Telephone: (714) 427-7000
6  Facsimile: (714) 427-7799

7  Attorneys for Defendant
   FORD MOTOR COMPANY

8

9              UNITED STATE DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 SANG MOOK LEE, an individual, and          CASE NO. CV-09-00320 CAS (MANx)
   HEE-JUNG KIM, an individual,
13                                            **EXHIBIT "A" TO STIPULATED**
                                              **PROTECTIVE ORDER**
                    Plaintiffs,
14                                            Ctrm:      5
   vs.                                        Judge:     Hon. Christina A. Snyder
15
   CALIFORNIA INSTITUTE OF                    DATE OF FILING:    December 12, 2006
16 TECHNOLOGY, a California                   FIRST AMENDED:     August 31, 2007
   Corporation; FORD MOTOR                    SECOND AMENDED: JULY 16, 2009
17 COMPANY; QUIGLEY MOTOR
   COMPANY, INC., and DOES 1-100,
18
                    Defendants.
19

20                    **EXHIBIT A**

21

22    **AFFIDAVIT OF** _____, being

23 duly sworn and personally appearing before the undersigned attesting officer, duly

24 authorized by law to administer oaths, deposes and says that the within statements

25 are true and correct:

26                            1.

27    I have read the Stipulated Protective Order attached hereto and I understand

28 its terms and meanings.

9018408

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

2.

I agree that my signature below submits me to the jurisdiction of the United States District Court, Central District, in which the action of <u>Lee, et al. v. Ford Motor Company, et al.,</u> Case No. GC038243, is pending, and binds me to the provisions of the Stipulated Protective Order, including to all promises undertaken in the Order, as if originally agreed by me.

Further Affiant sayeth not.

This ___ day of _____, 2009.

_____
AFFIANT

SUBSCRIBED AND SWORN to before me
this ____ day of _____, ____.
_____
NOTARY PUBLIC

My Commission Expires:

EXHIBIT "A" TO STIPULATED PROTECTIVE ORDER

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

# PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA  92626-7689.

On August _____, 2009, I served, in the manner indicated below, the foregoing document described as **STIPULATED PROTECTIVE ORDER** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

*Please see attached Service List*

☐ BY REGULAR MAIL:  I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to  (F.R.C.P. 5(b)(2)(C).

☐ BY FACSIMILE: (F.R.C.P. 5(b)(2)(F)

☐ BY FEDERAL EXPRESS:  I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees(F.R.C.P. 5(b)(2)(F).

☒ BY ELECTRONIC SERVICE: I caused such document to be delivered by electronic service as it has been authorized and agreed upon to service electronically in this action to the parties below, to the email addresses listed below. (F.R.C.P. 5(b)(2)(E)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August ____, 2009, at Costa Mesa, California.

_____
Katryn F. Smith

_____
PROOF OF SERVICE

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

**Service List**

<u>Lee, et al. v. California Institute of Technology, et al.</u>
United States District Court  Case No.: CV-09-00320 GW (CTx)

| | |
|---|---|
| Christine D. Spagnoli, Esquire<br>Katherine Harvey-Lee, Esquire<br>Michael J. Avenatti, Esquire<br>**GREENE, BROILLET & WHEELER, LLP**<br>100 Wilshire Boulevard, Suite 2100<br>Santa Monica, California 90401 | **LEE PLAINTIFF COUNSEL**<br><br>310.576.1200<br>310.576.1220, fax<br>cspagnoli@greene-broillet.com |
| Brian Stewart, Esquire<br>Nicole A. Davis-Tinkham, Esquire<br>**COLLINS COLLINS MUIR & STEWART LLP**<br>1100 El Centro Street<br>South Pasadena, California 91030 | **DEFENDANT COUNSEL CALIFORNIA INSTITUTE OF TECHNOLOGY**<br><br>626.243.1100<br>626.243.1111, fax<br>bstewart@ccmslaw.com |
| Larry C. Hart, Esq.<br>Barbora Pulmanova, Esq.<br>**MUSICK PEELER & GARRETT**<br>One Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90017 | **DEFENDANT COUNSEL CALIFORNIA INSTITUTE OF TECHNOLOGY**<br><br>213.629.7612<br>213.621.1376, fax<br>l.hart@mpglaw.com<br>b.pulmanova@mpglaw.com |
| John L. Jones II, Esquire<br>**LIM, RUGER & KIM, LLP**<br>1055 West Seventh Street, Suite 2800<br>Los Angeles, California 90017 | **DEFENDANT COUNSEL REPUBLIC OF KOREA**<br><br>213.955.9500 X155<br>213.955.9511, fax<br>john.jones@limruger.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

9018408

- 2 -